IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAITEE L. JACKSON,** | : | **CIVIL ACTION NO. 1:20-CV-165** |
| Plaintiff | : | |
| v. | : | (Judge Conner) |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 17th day of November, 2021, upon consideration of defendant's motion (Doc. 20) to dismiss, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 20) is GRANTED.

2. Plaintiff's claims pursuant to the Federal Tort Claims Act are DISMISSED without prejudice to plaintiff's right to raise new claims with a certificate of merit that complies with Pennsylvania Rule of Civil Procedure 1042.3.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania